DAVID EARL PARKER, JR
644 TANNER CIR
MERIDIAN, MS 39301

GI ASSOCIATES ENSODCOP
P.O. BOX 22668
JACKSON, MS 39225

TD RETAIL CARD
PO BOX 100114
COLUMBIA, SC 29202

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

AFC AUTOMOTIVE FINANCE
C/O RUBIN & LEVIN, PC
135 N PENNSYLVANIA ST
STE 1400
INDIANAPOLIS, IN 46204

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

AVANT/WEBBANK
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY  SUITE 226
SAN FRANSICO, CA 94111

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

LUCAS PARKER
10082 OLD HILLSBORO RD
FOREST, MS 39074

CAROLYN DUETT
2963 HWY 496
MERIDIAN, MS 39301

MAHINDRA FINANCE
ATTN: BNAKRUPTCY
PO BOX 2000
JOHNSTON, IA 50131

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

RUSH MEDICAL FOUNDATIO
P.O. BOX 23337
JACKSON, MS 39225

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

STELLANTIS FINANCIAL
ATTN: BANKRUPTCY
5757  WOODWAY DR
STE 400
HOUSTON, TX 77057