Certificate Number: 17082-MSS-DE-041207037

Bankruptcy Case Number: 26-01544



17082-MSS-DE-041207037

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2026, at 5:55 o'clock PM MST, DAVID E PARKER Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  July 14, 2026                    By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director