United States Bankruptcy Court

Southern District of Mississippi

In re:

David Earl Parker, Jr
    Debtor

Case No. 26-01544-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: n031 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Earl Parker, Jr, 644 Tanner Cir, Meridian, MS 39301-8237 |
| 5681037 | + | Carolyn Duett, 2963 Hwy 496, Meridian, MS 39301-8994 |
| 5681041 | + | GI Associates Ensodcop, P.O. Box 22668, Jackson, MS 39225-2668 |
| 5681045 | + | Lucas Parker, 10082 Old Hillsboro Rd, Forest, MS 39074-4448 |
| 5681048 | + | Rush Medical Foundatio, P.O. Box 23337, Jackson, MS 39225-3337 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5681034 | + | Email/Text: fileroom@rubin-levin.net | Aug 03 2026 19:58:00 | AFC Automotive Finance, c/o Rubin & Levin, PC, 135 N Pennsylvania St, Ste 1400, Indianapolis, IN 46204-2489 |
| 5688163 | + | Email/Text: bankruptcy@autofinance.com | Aug 03 2026 19:57:00 | Automotive Finance Corporation, 11299 N. Illinois St., Suite 500, Carmel, IN 46032-0108 |
| 5681035 | + | Email/Text: bk@avant.com | Aug 03 2026 19:57:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5681036 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2026 19:58:45 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5681038 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2026 19:58:33 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5688439 | + | Email/Text: bankruptcycourt@towerloan.com | Aug 03 2026 19:57:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5681039 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 03 2026 19:58:45 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5681040 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 03 2026 19:58:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5681043 | + | Email/Text: ebone.woods@usdoj.gov | Aug 03 2026 19:57:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5681042 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2026 19:57:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5696408 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2026 19:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5681044 | + | Email/Text: bankruptcy@kikoff.com | Aug 03 2026 19:57:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5701240 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2026 19:58:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5681047 | | Email/Text: EBN@Mohela.com | Aug 03 2026 19:57:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |

District/off: 0538-3 | User: mssbad | Page 2 of 3
Date Rcvd: Aug 03, 2026 | Form ID: n031 | Total Noticed: 30

| 5681046 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM<br>Aug 03 2026 19:58:00 | Mahindra Finance, Attn: Bnakruptcy, Po Box 2000, Johnston, IA 50131-0020 |
|---|---|---|---|
| 5695800 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM<br>Aug 03 2026 19:58:00 | Mahindra Finance USA LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 5687890 | + | Email/Text: JCAP_BNC_Notices@jcap.com<br>Aug 03 2026 19:57:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5701756 | | Email/Text: bnc-quantum@quantum3group.com<br>Aug 03 2026 19:57:00 | Quantum3 Group LLC as agent for, Titan Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5687468 | | Email/Text: bnc-quantum@quantum3group.com<br>Aug 03 2026 19:57:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5702526 | + | Email/Text: peritus@ebn.phinsolutions.com<br>Aug 03 2026 19:58:00 | STELLANTIS FINANCIAL SERVICES, PO Box 1149, Grapevine, TX 76099-1149 |
| 5681049 | ^ | MEBN<br>Aug 03 2026 19:52:31 | Stellantis Financial, Attn: Bankruptcy, 5757 Woodway Dr, Ste 400, Houston, TX 77057-1520 |
| 5681050 | + | Email/Text: bankruptcy@td.com<br>Aug 03 2026 19:57:00 | TD Retail Card, Po Box 100114, Columbia, SC 29202-3114 |
| 5681051 | | Email/Text: bankruptcycourt@towerloan.com<br>Aug 03 2026 19:57:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5681052 | ^ | MEBN<br>Aug 03 2026 19:52:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5681053 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Aug 03 2026 19:57:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |

District/off: 0538-3                          User: mssbad                                    Page 3 of 3
Date Rcvd: Aug 03, 2026                       Form ID: n031                              Total Noticed: 30

Thomas Carl Rollins, Jr
                          on behalf of Debtor David Earl Parker  Jr trollins@therollinsfirm.com,
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                          USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−01544−KMS
**Chapter:**  13

**In re:**

David Earl Parker Jr
644 Tanner Cir
Meridian, MS 39301

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 3, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
| --- | --- |
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: August 3, 2026                    Danny L. Miller, Clerk of Court